UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN WHITE,

    Plaintiff,

    v.

ALLAN MARTIN, SCOTT RHINE, KAREN JAIMET, S.A. GODINEZ, ED ORTEGA, HARRY ALLARD, JACKIE MILLER, DONALD ENLOE, STEVE LOPEZ and TROY HENDRIX,

    Defendants.

Case No. 13-cv-646-JPG-PMF

## JUDGMENT

This matter having come before the Court the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff John White's claim that Defendants Godinez and Miller labeled him a "sex offender," thereby placing him in physical danger, in violation of the Eighth Amendment is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the remaining claims in this case are dismissed without prejudice.

**DATED**: March 22, 2016        JUSTINE FLANAGAN, Acting Clerk of Court

                                      s/*Reid Hermann*
                                        Deputy Clerk

**Approved**:    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**